# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK R. ZANA,
                  Appellant,
      vs.
THE STATE OF NEVADA,
                 Respondent.

No. 85085

**FILED**

AUG 11 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se notice of appeal from a purported district court order denying a motion to strike the state's opposition. Because no statute or court rule permits an appeal from such an order in a criminal matter, this court lacks jurisdiction over this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:   Hon. Crystal Eller, District Judge
       Mark R. Zana
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

22-25139